**COMMONWEALTH of Pennsylvania,**
**Petitioner,**

v.

**Joseph Jude CASINO, Respondent.**

Supreme Court of Pennsylvania.

June 4, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of June 2004, we **GRANT** the Petition for Allowance of Appeal, **VACATE** the Order of the Superior Court, and **REMAND** the matter to the Superior Court to reconsider its decision in light of *Commonwealth v. Perez*, 845 A.2d 779 (Pa.2004).

**Tyrone P. JAMES, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, Appellees.**

Supreme Court of Pennsylvania.

June 4, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of June, 2004, the appeal is quashed as untimely pursuant to 42 Pa.C.S. 5571 and Pa.R.A.P. 105(b).

**Eric X. RAMBERT, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE,**
**Appellee.**

Supreme Court of Pennsylvania.

June 4, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of June, 2004, the above captioned appeal is quashed for failure to file a brief.